**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rick W. Costello,<br><br>             Plaintiff,<br><br>vs.<br><br>Jo Anne B. Barnhart, Commissioner of Social Security,<br><br>             Defendant. | No. CIV 04-1755-PCT-DKD<br><br>**ORDER** |

The Court, having considered the Stipulation between the parties to Award Attorney Fees Under the Equal Access to Justice Act, and good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant Commissioner of the Social Security Administration shall pay to plaintiff's counsel $4,843.17 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 31st day of October, 2005.

_____
David K. Duncan
United States Magistrate Judge